# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARRYL O. STRICKLAND, SR., | No. CV 09-4103-SJO (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. F. SALAZAR, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 9, 2010.

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE